**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| **v.** | § | **Case No. 1:25-CR-00563-ADA-DH-8** |
| | § | |
| | § | |
| **BREANA GOMEZ (8),** | § | |
| *Defendant* | § | |

**O R D E R**

During her initial appearance on January 28, 2026, Defendant Breana Gomez appeared before this Magistrate Judge and requested court-appointed counsel. After reviewing the information Defendant provided in her Financial Affidavit, the Court appointed the Federal Public Defender to represent her. Dkts. 50, 51. Later the same day, Attorney Richard Gentry entered a notice of appearance stating that he has been retained to represent Defendant in this case. Dkt. 63.

Accordingly, the Court hereby **WITHDRAWS** the appointment of the Federal Public Defender to represent Defendant Breana Gomez in this case (Dkt. 52) and **ORDERS** that the Office of the Federal Public Defender be terminated from the docket.

**SIGNED** on January 29, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE